158 A.3d 1240

**OFFICE OF DISCIPLINARY COUNSEL, Respondent**

v.

**Allen FEINGOLD, Petitioner**

**No. 126 EM 2016**

Supreme Court of Pennsylvania.

October 11, 2016

## ORDER

PER CURIAM

**AND NOW**, this 11th day of October, 2016, the Request to Submit Reply is **GRANTED**, and the "Appeal" is **DENIED.**